UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-03065-SVW-PLA | Date | October 6, 2022 |
|---|---|---|---|
| Title | Todd Williamson v. Franchise Realty Interstate Corporation et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

    In light of Plaintiff's response that it does not oppose dismissal without prejudice, the Court dismisses the action without prejudice.

:
Initials of Preparer   PMC