1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD WILLIAMSON, an individual, | Case No.: 2:22-cv-03065-SVW-PLA |
| Plaintiff, | *Hon. Stephen V. Wilson* |
| v. | |
| FRANCHISE REALTY INTERSTATE CORPORATION, a Georgia corporation; MCDONALD'S CORPORATION, a Delaware corporation; and Does 1-10, | [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| Defendants. | Action Filed: May 6, 2022<br>Trial Date: Not on Calendar |

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant McDonald's Corporation and Defendant Franchise Realty Interstate Corporation is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 17, 2022

Hon. Stephen V. Wilson
United States District Judge